IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY RAY,<br><br>        Plaintiff,<br><br>    v.<br><br>INNOVATIVE SURGERIES INVESTIGATIVE SOLUTIONS HOLDINGS, LLC,<br><br>        Defendant. | Case No.: 11-6603 RS (JSC)<br><br>**SCHEDULING ORDER RE: MOTION TO QUASH (Dkt. No. 19)** |

Plaintiff's Motion to Quash and for a Protective Order (Dkt. No. 19) has been referred to the undersigned Judge. Defendant's response to the motion shall be filed by April 17, 2012 and Plaintiff's reply, if any, shall be filed by April 24, 2012. Plaintiff's Motion to Quash will be heard May 3, 2012 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 4, 2012

                                                                            _____
                                                                            JACQUELINE SCOTT CORLEY
                                                                             UNITED STATES MAGISTRATE JUDGE