IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY RAY,<br><br>  Plaintiff,<br><br>  v.<br><br>INNOVATIVE SURGERIES INVESTIGATIVE SOLUTIONS HOLDINGS, LLC,<br><br>  Defendant. | Case No.: 11-6603 RS (JSC)<br><br>**ORDER TO MEET AND CONFER RE: PLAINTIFF'S MOTION TO QUASH AND FOR PROTECTIVE ORDER (Dkt. No. 19)** |

Now pending before the Court is Plaintiff's Motion to Quash and for a Protective Order. (Dkt. No. 19). The motion indicates that Plaintiff sent Defendant a meet and confer letter on March 23, 2012 and Defendant responded by sending Plaintiff a copy of the subpoena it proposed serving on Lychron, LLC. The underlying Motion to Quash and for a Protective Order followed. District Court Judge Seeborg temporarily stayed service of the subpoena and referred the matter to the undersigned Judge.

The parties are ordered to meet and confer telephonically regarding service of the subpoena and Plaintiff's proposed alternatives by the close of business on Monday, April 30, 2012. See Local Rule 1-5(n). The parties shall file a joint letter summarizing their meet and confer and advising the Court as to whether a dispute remains by noon, May 2, 2012.

1    **IT IS SO ORDERED.**

3    Dated: April 27, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE