Michael S. Sorgen (SBN 43107)
Erika M. Boyd (SBN 259633)
LAW OFFICES OF MICHAEL S. SORGEN
msorgen@sorgen.net
Richard A. Hoyer (SBN 151931)
HOYER & ASSOCIATES
rhoyer@hoyerlaw.com
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
T: (415) 956-1360
F: (415) 956-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY RAY, | Case No.: 3:11-cv-06603 RS |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE |
| vs. | Richard Seeborg |
| INNOVATIVE SURGERIES INVESTIGATIVE SOLUTIONS HOLDINGS, LLC., | U.S. District Judge |
| Defendant. | |

## MOTION

Plaintiff Cindy Ray, by and through her counsel, and subject to Court approval, respectfully requests the following:

1.    Pursuant to the Case Management Scheduling Order of April 6, 2012, mediation was to have been completed within 90 days of the issuance of the order. Mediation is currently scheduled for July 13, 2012, with written mediation statements due July 6, 2012.

2.    During a meet and confer session on March 20, 2012, both parties agreed to mediation, and to engage in limited discovery prior to the mediation. This included the production of documents and depositions of key witnesses.

3. Pursuant to this agreement, Plaintiff has produced batches of documents responsive to Defendant's requests as they have become available. As of June 27, 2012, Defendant has produced no documents in response to Plaintiff's Request for Production. These documents were to have been produced by June 25, 2012. Plaintiff has had no opportunity to review any defense documents thus far, and cannot effectively depose defense witnesses without first having reviewed these documents.

4. Also in accordance with the agreement, Defendant was able to depose Plaintiff Cindy Ray for a full day on June 20, 2012. Declaration of Erika Boyd ("Boyd Decl."), ¶ 2. However, no such depositions of defense individuals have taken place.

5. Plaintiff's initial attempt to schedule defense witness depositions met with delay because one of the defense counsels, Marytza Reyes, is now out on maternity leave. Boyd Decl., ¶ 3, Exh. A. In further attempting to schedule depositions prior to the mediation, yet after the delivery of Defendant's production, Plaintiff has repeatedly offered dates for deposition of defense witnesses, which defense counsel Michele Beilke has rejected. *Id.* Ostensibly due to the July 4th holiday, defense counsel is unavailable July 2 - July 6, and then will be out of the country from July 17 - August 1. Additionally, one of Plaintiff's counsel, Richard Hoyer, will be unavailable from July 30 - August 15.

7. In accordance with ADR L.R. 6-5(b)(2) Plaintiff has made an effort to reach an agreement with defense counsel on the issue of extending the mediation deadline, but these efforts have proven unsuccessful. Boyd Decl., ¶ 3, Exh. A.

8. For the reasons stated above, Plaintiff respectfully requests the mediation deadline be extended to August 24, 2012 or thereafter. This will allow for limited depositions the week of July 9 - July 13, as well as the duration of August to prepare mediation statements and conduct the mediation. This extension will not inconvenience either side, will not create an undue financial burden, and will allow both parties to be fully prepared to reach the best possible outcome in mediation.

Dated: June 28, 2012                    LAW OFFICES OF MICHAEL S. SORGEN

                                        By:      /s/   Michael S. Sorgen
                                                 Michael S. Sorgen
                                                 Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

The deadline to conduct mediation is extended to   August 31, 2012.

Dated: 6/29/12

_____
Hon. Richard Seeborg
United States District Judge