IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CINDY RAY,                                                    No. C 11-06603 RS

        Plaintiffs,                              **STANDBY ORDER OF DISMISSAL**

  v.

INNOVATIVE SURGERIES
INVESTIGATIVE SOLUTIONS
HOLDINGS, LLC.,

        Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 19, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 25, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/7/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE